FILED
June 15, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JOSE MONTANEZ, ) <br> ) <br> Defendant. ) | CASE NUMBER: 2:11-cr-00231 MCE <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release **Jose Montanez**; Case **2:11-cr-00231 MCE** from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_   Release on Personal Recognizance

    \_\_   Bail Posted in the Sum of _____

    _X_   Unsecured Appearance Bond in the amount of **$100,000.00**, co-signed by Jose Montanez, Sr. and Beatrice Montanez by close of business on 6/17/2011.

    \_\_   Appearance Bond with 10% Deposit

    \_\_   Appearance Bond secured by Real Property

    \_\_   Corporate Surety Bail Bond

    _X_   (Other) **Pretrial Supervision/Conditions. Defendant to be released to the custody of Pretrial Services on 6/16/2011 to be transported to attend The Effort residential Treatment Program.**

Issued at   Sacramento, CA   on   6/15/2011   at   3:30 p.m.

By _____
Kendall J. Newman
United States Magistrate Judge