```
 1  DANIEL J. BRODERICK, Bar# 89424
    Federal Defender
 2  MATTHEW M. SCOBLE, Bar# 237432
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    JOSE MONTANEZ
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. 2:11-cr-00231-MCE |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | |
| JOSE MONTANEZ, | ) | DATE: September 22, 2011 |
| | ) | TIME: 9:00 a.m. |
| Defendant. | ) | JUDGE: Hon. Morrison C. England, Jr. |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through TODD LERAS, Assistant U.S. Attorney, defendant, JOSE MONTANEZ, by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, that the status conference set for Thursday, June 23, 2011, be continued to Thursday, September 22, 2011, at 9:00 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

///

///

1  Speedy trial time is to be excluded from the date of this order
2  through the date of the status conference set for September 22, 2011,
3  pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare]
4  (Local Code T4).

5  DATED: June 16, 2011         Respectfully submitted,

6                               DANIEL J. BRODERICK
                                 Federal Defender
7
                                 /s/ Matthew M. Scoble
8                                MATTHEW M. SCOBLE
                                 Assistant Federal Defender
9                                Attorney for Defendant
                                 JOSE MONTANEZ
10

11
    DATED: June 16, 2011         BENJAMIN B. WAGNER
12                               United States Attorney

13                               /s/ Matthew M. Scoble for
                                 TODD LERAS
14                               Assistant U.S. Attorney
                                 Attorney for Plaintiff

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.  Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.  Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation, June 16, 2011, through and including September 22, 2011, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4.  A new status conference date is hereby set for September 22, 2011, at 9:00 a.m..

Dated: June 21, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

**3**