1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  MATTHEW M. SCOBLE, Bar# 237432
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   JOSE MONTANEZ

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

   UNITED STATES OF AMERICA,    )
12                              )    Cr.S.11-231-MCE
                 Plaintiff,     )
13                              )    **STIPULATION AND ORDER**
         v.                     )
14                              )    DATE:  December 8, 2011
   JOSE MONTANEZ,               )    TIME:  9:00 a.m.
15                              )    JUDGE: Hon. Morrison C. England, Jr.
                 Defendant.     )
16                              )
   _____)
17

18

19

20     It is hereby stipulated and agreed to between the United States of

21  America through  TODD LERAS, Assistant U.S. Attorney, defendant, JOSE

22  MONTANEZ, by and through his counsel, MATTHEW M. SCOBLE, Assistant

23  Federal Defender, that the status conference set for Thursday, November

24  3, 2011, be continued to Thursday, December 8, 2011, at 9:00 a.m..

25     The reason for this continuance is to allow defense counsel

26  additional time to review discovery with the defendant, to examine

27  possible defenses and to continue investigating the facts of the case.
   ///
28

1    Speedy trial time is to be excluded from the date of this order
2  through the date of the status conference set for December 8, 2011,
3  pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time to
4  prepare] (Local Code T4).
5  DATED: October 31, 2011            Respectfully submitted,

6                                     DANIEL J. BRODERICK
                                      Federal Defender
7
                                      /s/ Matthew M. Scoble
8                                     MATTHEW M. SCOBLE
                                      Assistant Federal Defender
9                                     Attorney for Defendant
                                      JOSE MONTANEZ
10

11
   DATED: October 31, 2011            BENJAMIN B. WAGNER
12                                    United States Attorney

13                                    /s/ Matthew M. Scoble for
                                      TODD LERAS
14                                    Assistant U.S. Attorney
                                      Attorney for Plaintiff
15

16

17

18

19

20

21

22

23

24

25

26

27

28

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.  Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.  Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation, October 31, 2011, through and including December 8, 2011, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4.  A new status conference date is hereby set for December 8, 2011, at 9:00 a.m..

Dated: November 2, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3