DANIEL J. BRODERICK, Bar# 89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JOSE MONTANEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                              )<br>         Plaintiff,          )<br>                              )<br>     v.                       )<br>                              )<br> JOSE MONTANEZ,               )<br>                              )<br>         Defendant.           )<br> _____ ) | Cr.S.11-00231-MCE<br><br>**STIPULATION AND ORDER**<br><br>DATE: February 16, 2012<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Morrison C. England, Jr. |

   It is hereby stipulated and agreed to between the United States of America through  TODD LERAS, Assistant U.S. Attorney, defendant, JOSE MONTANEZ, by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, that the status conference set for Thursday, December 8, 2011, be continued to Thursday, February 16, 2012, at 9:00 a.m..

   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

///

///

1  Speedy trial time is to be excluded from the date of this order
2  through the date of the status conference set for February 16, 2012,
3  pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time to
4  prepare] (Local Code T4).
5  DATED: November 29, 2011              Respectfully submitted,
6                                        DANIEL J. BRODERICK
                                         Federal Defender
7
                                         /s/ Matthew M. Scoble
8                                        MATTHEW M. SCOBLE
                                         Assistant Federal Defender
9                                        Attorney for Defendant
                                         JOSE MONTANEZ
10
11
   DATED: November 29, 2011              BENJAMIN B. WAGNER
12                                       United States Attorney
13                                       /s/ Matthew M. Scoble for
                                         TODD LERAS
14                                       Assistant U.S. Attorney
                                         Attorney for Plaintiff

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order. Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation, December 8, 2011, through and including February 16, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4. A new status conference date is hereby set for February 16, 2012, at 9:00 a.m..

Dated: December 6, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE