1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  MATTHEW M. SCOBLE, Bar# 237432
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   JOSE MONTANEZ

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

   UNITED STATES OF AMERICA,    )   No. 2:11-cr-00231-MCE
12                              )
              Plaintiff,        )
13                              )
           v.                   )   **STIPULATION AND ORDER**
14                              )
   JOSE MONTANEZ,               )   DATE:  April 5, 2012
15                              )   TIME:  9:00 a.m.
              Defendant.        )   JUDGE: Hon. Morrison C. England, Jr.
16                              )
   _____ )
17

18

19      It is hereby stipulated and agreed to between the United States of

20  America through  TODD LERAS, Assistant U.S. Attorney, defendant, JOSE

21  MONTANEZ, by and through his counsel, MATTHEW M. SCOBLE, Assistant

22  Federal Defender, that the status conference set for Thursday, February

23  9, 2012, be continued to Thursday, April 5, 2012, at 9:00 a.m..

24      The reason for this continuance is to allow defense counsel

25  additional time to review discovery with the defendant, to examine

26  possible defenses and to continue investigating the facts of the case.

27  ///

28  ///

1      Speedy trial time is to be excluded from the date of this order

2  through the date of the status conference set for April 6, 2012,

3  pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time to

4  prepare] (Local Code T4).

5  DATED: February 6, 2012                    Respectfully submitted,

6                                             DANIEL J. BRODERICK
                                              Federal Defender
7
                                              /s/ Matthew M. Scoble
8                                             MATTHEW M. SCOBLE
                                              Assistant Federal Defender
9                                             Attorney for Defendant
                                              JOSE MONTANEZ
10

11
   DATED: February 6, 2012                    BENJAMIN B. WAGNER
12                                            United States Attorney

13                                            /s/ Matthew M. Scoble for
                                              TODD LERAS
14                                            Assistant U.S. Attorney
                                              Attorney for Plaintiff
15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**O R D E R**

2    Based on the stipulation of the parties and good cause appearing

3 therefrom, the Court hereby finds that the failure to grant a

4 continuance in this case would deny defense counsel reasonable time

5 necessary for effective preparation, taking into account the exercise

6 of due diligence.  The Court specifically finds that the ends of

7 justice served by the granting of such continuance outweigh the

8 interests of the public and the defendant in a speedy trial.  Based on

9 these findings and pursuant to the stipulation of the parties, the

10 Court hereby adopts the stipulation of the parties in its entirety as

11 its order.  Time is excluded from computation of time within which the

12 trial of this matter must be commenced beginning from the date of the

13 stipulation, February 9, 2012, through and including April 5, 2012,

14 pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time for

15 defense counsel to prepare] and Local Code T4.  A new status conference

16 date is hereby set for April 5, 2012, at 9:00 a.m..

17
  Dated: February 7, 2012

18

19    _____

20    MORRISON C. ENGLAND, JR.
      UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

**3**