DANIEL J. BRODERICK, Bar# 89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JOSE MONTANEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 2:11-cr-00231-MCE |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | |
| JOSE MONTANEZ, ) | DATE: June 21, 2012 |
| ) | TIME: 9:00 a.m. |
| Defendant. ) | JUDGE: Hon. Morrison C. England, Jr. |
| ) | |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through  TODD LERAS, Assistant U.S. Attorney, defendant, JOSE MONTANEZ, by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, that the status conference set for Thursday, May 24, 2012, be continued to Thursday, June 21, 2012, at 9:00 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

///

///

1  Speedy trial time is to be excluded from the date of this order
2  through the date of the status conference set for June 21, 2012,
3  pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time to
4  prepare] (Local Code T4).

5  DATED: May 21, 2012                    Respectfully submitted,

6                                         DANIEL J. BRODERICK
                                           Federal Defender
7
                                           /s/ Matthew M. Scoble
8                                          MATTHEW M. SCOBLE
                                           Assistant Federal Defender
9                                          Attorney for Defendant
                                           JOSE MONTANEZ
10

11
   DATED: May 21, 2012                    BENJAMIN B. WAGNER
12                                         United States Attorney

13                                         /s/ Matthew M. Scoble for
                                           TODD LERAS
14                                         Assistant U.S. Attorney
                                           Attorney for Plaintiff

26  ///
27  ///
28  ///

2

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order. Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation, May 21, 2012, through and including June 21, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4. A new status conference date is hereby set for June 21, 2012, at 9:00 a.m..

IT IS SO ORDERED.

Dated: May 29, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE