```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JOSE MONTANEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:11-cr-00231-MCE |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND ORDER** |
| JOSE MONTANEZ, ) | DATE:  August 30, 2012 |
| ) | TIME:  9:00 a.m. |
| Defendant. ) | JUDGE: Hon. Morrison C. England Jr. |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through TODD LERAS, Assistant U.S. Attorney, defendant, JOSE MONTANEZ, by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, that the status conference set for Thursday, August 2, 2012, be continued to Thursday, August 30, 2012, at 9:00 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

///

///

1    Speedy trial time is to be excluded from the date of this order
2 through the date of the status conference set for August 30, 2012,
3 pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time to
4 prepare] (Local Code T4).

5 DATED: July 31, 2012                    Respectfully submitted,

6                                         DANIEL J. BRODERICK
                                          Federal Defender
7
                                          /s/ Matthew M. Scoble
8                                         MATTHEW M. SCOBLE
                                          Assistant Federal Defender
9                                         Attorney for Defendant
                                          JOSE MONTANEZ
10

11
   DATED: July 31, 2012                   BENJAMIN B. WAGNER
12                                        United States Attorney

13                                        /s/ Matthew M. Scoble for
                                          TODD LERAS
14                                        Assistant U.S. Attorney
                                          Attorney for Plaintiff

26 ///
27 ///
28 ///

2

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.  Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.  Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation, July 30, 2012, through and including August 30, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4.  A new status conference date is hereby set for August 30, 2012, at 9:00 a.m..

Dated: August 2, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE