```
1   DANIEL J. BRODERICK, Bar# 89424
    Federal Defender
2   MATTHEW M. SCOBLE, Bar# 237432
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California  95814
4   Telephone (916) 498-5700

5   Attorney for Defendant
    JOSE MONTANEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Cr.S.11-231-MCE |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | |
| | ) | DATE: November 16, 2012 |
| JOSE MONTANEZ, | ) | TIME: 1:00 p.m. |
| | ) | JUDGE: Hon. Morrison C. England Jr. |
| Defendant. | ) | |
| _____ | ) | |

   It is hereby stipulated and agreed to between the United States of America through  TODD LERAS, Assistant U.S. Attorney, defendant, JOSE MONTANEZ, by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, that the status conference set for Thursday, August 30, 2012, be continued to Friday, November 16, 2012, at 1:00 p.m..

   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

   Speedy trial time is to be excluded from the date of this order through the date of the status conference set for November 16, 2012,

1  pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time to
2  prepare] (Local Code T4).
3  DATED: August 28, 2012                    Respectfully submitted,

                                             DANIEL J. BRODERICK
                                             Federal Defender

                                             /s/ Matthew M. Scoble
                                             MATTHEW M. SCOBLE
                                             Assistant Federal Defender
                                             Attorney for Defendant
                                             JOSE MONTANEZ

   DATED: August 28, 2012                    BENJAMIN B. WAGNER
                                             United States Attorney

                                             /s/ Matthew M. Scoble for
                                             TODD LERAS
                                             Assistant U.S. Attorney
                                             Attorney for Plaintiff

27  ///
28  ///

**2**

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order. Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation, August 28, 2012, through and including November 16, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4. A new status conference date is hereby set for November 16, 2012, at 1:00 p.m..

IT IS SO ORDERED.

Dated: August 30, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE