1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  MATTHEW M. SCOBLE, Bar# 237432
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   JOSE MONTANEZ

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,    )
                                )   Cr.S.11-231-MCE
              Plaintiff,        )
13                              )   **STIPULATION AND ORDER**
        v.                      )
14                              )   DATE: November 16, 2012
   JOSE MONTANEZ,               )   TIME: 1:00 p.m.
15                              )   JUDGE: Hon. Morrison C. England Jr.
              Defendant.        )
16                              )
   _____    )
17

18

19     It is hereby stipulated and agreed to between the United States of

20 America through  TODD LERAS, Assistant U.S. Attorney, defendant, JOSE

21 MONTANEZ, by and through his counsel, MATTHEW M. SCOBLE, Assistant

22 Federal Defender, that the status conference set for Thursday, August

23 30, 2012, be continued to Friday, November 16, 2012, at 1:00 p.m..

24     The reason for this continuance is to allow defense counsel

25 additional time to review discovery with the defendant, to examine

26 possible defenses and to continue investigating the facts of the case.

27 ///

28 ///

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for November 16, 2012, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: August 28, 2012                    Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

                                          /s/ Matthew M. Scoble
                                          MATTHEW M. SCOBLE
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          JOSE MONTANEZ


DATED: August 28, 2012                    BENJAMIN B. WAGNER
                                          United States Attorney

                                          /s/ Matthew M. Scoble for
                                          TODD LERAS
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

///
///
///

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.  Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.  Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation, August 28, 2012, through and including November 16, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4.  A new status conference date is hereby set for November 16, 2012, at 1:00 p.m..

IT IS SO ORDERED.

Dated: September 5, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE