DANIEL J. BRODERICK, Bar# 89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JOSE MONTANEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:11-cr-00231-MCE |
| ) Plaintiff, ) | **STIPULATION AND ORDER** |
| ) v. ) | DATE: January 10, 2013 |
| ) JOSE MONTANEZ, ) | TIME: 9:00 a.m. |
| ) Defendant. ) | JUDGE: Hon. Morrison C. England Jr. |
| _____ ) | |

   It is hereby stipulated and agreed to between the United States of America through  TODD LERAS, Assistant U.S. Attorney, defendant, JOSE MONTANEZ, by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, that the status conference set for Friday, November 16, 2012, be continued to Thursday, January 10, 2013, at 9:00 a.m..

   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

///

///

1   Speedy trial time is to be excluded from the date of this order
2 through the date of the status conference set for January 10, 2013,
3 pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time to
4 prepare] (Local Code T4).

DATED: November 14, 2012          Respectfully submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender

                                  /s/ Matthew M. Scoble
                                  MATTHEW M. SCOBLE
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  JOSE MONTANEZ


DATED: November 14, 2012          BENJAMIN B. WAGNER
                                  United States Attorney

                                  /s/ Matthew M. Scoble for
                                  TODD LERAS
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

///

///

Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation, November 14, 2012, through and including January 10, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4.  A new status conference date is hereby set for January 10, 2013, at 9:00 a.m.

Dated: November 21, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE