JOSEPH SCHLESINGER, Bar# 87692
Acting Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JOSE MONTANEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-00231-MCE |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | DATE: March 7, 2013 |
| JOSE MONTANEZ, | TIME: 9:00 a.m. |
| Defendant. | JUDGE: Hon. Morrison C. England Jr. |

It is hereby stipulated and agreed to between the United States of America through TODD LERAS, Assistant U.S. Attorney, defendant, JOSE MONTANEZ, by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, that the status conference set for Thursday, February 7, 2013, be continued to Thursday, March 7, 2013, at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for March 7, 2013,

pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: February 4, 2013          Respectfully submitted,

         JOSEPH SCHLESINGER
         Acting Federal Defender

         /s/ Matthew M. Scoble
         MATTHEW M. SCOBLE
         Assistant Federal Defender
         Attorney for Defendant
         JOSE MONTANEZ

DATED: February 4, 2013          BENJAMIN B. WAGNER
         United States Attorney

         /s/ Matthew M. Scoble for
         TODD LERAS
         Assistant U.S. Attorney
         Attorney for Plaintiff

## ORDER

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order. Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation, February 4, 2013, through and including March 7, 2013,

pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4.  A new status conference date is hereby set for March 7, 2013, at 9:00 a.m.

DATED: February 13, 2013

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE