HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JOSE ALFREDO MONTANEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSE ALFREDO MONTANEZ,<br><br>　　　　　Defendant. | No.  Cr. S-11-cr-231 TLN<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable TROY L. NUNLEY |

　　　　Defendant, JOSE ALFREDO MONTANEZ, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

　　　　1.　　Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

　　　　2.　　On September 12, 2013, this Court sentenced Mr. Montanez to a term of 81 months imprisonment;

　　　　3.　　His total offense level was 29, his criminal history category was III, and the resulting guideline range was 108 to 135 months.  He received a sentence below the mandatory minimum on the government's motion;

4.      The sentencing range applicable to Mr. Montanez was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5.      Mr. Montanez' total offense level has been reduced from 29 to 27, and his amended guideline range is 87 to 108 months. A reduction comparable to the one he received initially produces a sentence of 58 months;

6.      Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Montanez' term of imprisonment to a total term of 58 months.

Respectfully submitted,

Dated: August 12, 2015                              Dated: August 12, 2015

BENJAMIN B. WAGNER                          HEATHER E. WILLIAMS
United States Attorney                              Federal Defender


 /s/ *Jason Hitt*                                              /s/ *Hannah Labaree*
JASON HITT                                              HANNAH R. LABAREE
Assistant U.S. Attorney                              Assistant Federal Defender

Attorney for Plaintiff                                  Attorney for Defendant
UNITED STATES OF AMERICA              JOSE ALFREDO MONTANEZ

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Montanez is entitled to the benefit Amendment 782, which reduces the total offense level from 29 to 27, resulting in an amended guideline range of 87 to 108 months. A reduction comparable to the one he received initially produces a term of 58 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in September 2013 is reduced to a term of 58 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Montanez shall report to the United States Probation Office within seventy-two hours after his release.

Dated: August 17, 2015

Troy L. Nunley
United States District Judge